UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERICA MARTIN,

    Plaintiff,

v.

CATTLECAR OF DELAWARE, INC.,

    Defendant.

Case No. 18-cv-00769-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| COMPLIANCE HEARING RE STATUS OF MEDIATION EFFORTS: | June 22, 2018 at 9:01 a.m. |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court Approval |
| NON-EXPERT DISCOVERY CUTOFF: | November 16, 2018 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: December 14, 2018<br>Rebuttal: January 18, 2019 |
| EXPERT DISCOVERY CUTOFF: | February 15, 2019 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | November 19, 2018 [filed by 10/16/18] |
| PLAINTIFF TO FILE CLASS CERTIFICATION MOTION | December 28, 2018 |
| DEFENDANT OPPOSITION TO CLASS CERTIFICATION MOTION: | January 28, 2019 |
| PLAINTIFF REPLY: | February 15, 2019 |
| HEARING ON CLASS CERTIFICATION MOTION: | March 5, 2019 at 2:00 p.m. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: May 15, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge