Roman Otkupman, CSBN 249423
Roman@OLFLA.com
Meghan Maertz, CSBN 276976
Meghan@OLFLA.com
OTKUPMAN LAW FIRM, A LAW CORPORATION
28632 Roadside Dr., Suite 203
Agoura Hills, CA 91301
Telephone: (818) 293-5623
Facsimile (888) 850-1310

Attorneys for Plaintiff,
Erica Martin, on behalf of herself and all others similarly situated, and on behalf of the general public

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA MARTIN, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>CATTLECAR OF DELAWARE, INC., A Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:18-cv-00769-YGR<br><br>**NOTICE OF PLAINTIFF'S <u>UNOPPOSED</u> MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND PROVISIONAL CERTIFICATION OF SETTLEMENT CLASS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date:  February 5, 2019<br>Time:  2:00 p.m.<br>Ctrm.:  1, 4th Floor<br>Hon.   Yvonne Gonzalez Rogers<br><br>**[FILED CONCURRENTLY WITH PLAINTIFF'S NOTICE OF <u>UNOPPOSED</u> MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND PROVISIONAL CERTIFICATION OF CLASS; DECLARATION OF ROMAN OTKUPMAN IN SUPPORT THEREOF; PROPOSED [ORDER] GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT]** |

To Defendant Cattlecar of Delaware, Inc. and Its Attorneys of Record:

**PLEASE TAKE NOTICE** that on February 5, 2019 at 2:00 p.m. or as soon thereafter as the matter may be heard in Courtroom 1 – 4th Floor, of the United States District Court, Northern District of California – Oakland Division, located at 1301 Clay St., Oakland, CA 94612 before the Honorable Yvonne Gonzalez Rogers, Plaintiff Erica Martin will move, and hereby does move, for an order granting preliminary approval of a class action settlement.

Such motion will be made on the ground that the parties have agreed to settle their dispute. This motion will be further based upon this Notice of Motion; the Memorandum of Points and Authorities in support thereof; declaration of Roman Otkupman filed herewith; and the complete files and records of this action.

DATED: December 21, 2018            OTKUPMAN LAW FIRM,
                                    A Law Corporation


                                    By:  */s/ Roman Otkupman*
                                    _____
                                    Roman Otkupman
                                    Meghan Maertz
                                    Attorneys for Named Plaintiff, Erica Martin