# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 7/9/2019 | Time: 2:21pm-2:25pm | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 18-cv-00769-YGR | Case Name: Martin v. Cattlecar of Delaware, Inc. | |

**Attorney for Plaintiff:** Roman Otkupman
**Attorney for Defendant:** Eric Meckley; Maureen N. Beckley and Thomas McAndrew

**Deputy Clerk:** Frances Stone        **Court Reporter:** Pam Hebel

## PROCEEDINGS

Plaintiffs' Motion for Final Approval of Class Action Settlement [Dkt. No. 38; 40]- HELD and SUBMITTED

Plaintiff's Motion for Attorneys' Fees, Costs, Claims Administration Expense and Incentive/Service Awards to the Class Representative [Dkt. No. 37]- HELD and SUBMITTED

The Court will set a Compliance hearing for 120 days out for the filing of the Post Distribution Accounting.

**Order to be prepared by: Court**


**Notes:**  Updated Judgment with the settlement agreement attached and any other referenced documents to be submitted to the Court in editable form and emailed to the proposed email box